CAROLINA F. KOHLY, Appellant, *v.* JOSE M. FERNANDEZ, Respondent, Impleaded with Another.

*Kohly* v. *Fernandez*, 133 App. Div. 723, affirmed.
(Argued February 15, 1911; decided March 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 21, 1909, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover an indebtedness,

36

evidenced and secured by a certain mortgage of lands in the island of Cuba.

*William D. Guthrie* and *Charles K. Carpenter* for appellant.

*Austen G. Fox, S. Sidney Smith* and *Elliot Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and COLLIN, JJ. Absent: HAIGHT, J.